RUSSELL A. SUZUKI          2084
Attorney General of Hawaii

CARON M. INAGAKI          3835
JOHN M. CREGOR, JR.       3521
Deputy Attorneys General
Department of the Attorney
    General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 586-1494
Email:    John.M.Cregor@hawaii.gov

Attorneys for Defendants
RUSSELL A. SUZUKI, Attorney General
of Hawaii, and LT. ALBERT CUMMINGS III,
State Sheriff   (In Their Official Capacities)

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW NAMIKI ROBERTS,<br><br>                    Plaintiff,<br><br>          vs.<br><br>SUSAN BALLARD, in her Official Capacity as the Chief of Police of Honolulu County, and RUSSELL SUZUKI, in his capacity as the Attorney General of the State of Hawaii, and AL CUMMINGS, in his Official Capacity as the State Sheriff Division Administrator,<br><br>                    Defendants. | CIVIL NO. CV18-00125 HG-KSC<br><br>STIPULATION TO STAY PROCEEDINGS and ORDER<br><br><br><br><br><br><br><br><br><br><br><br>TRIAL:  July 23, 2019 |

753239_1

## STIPULATION TO STAY PROCEEDINGS and ORDER

It is hereby stipulated, by and between the parties hereto, through counsel and pursuant to the court's inherent authority to control proceedings before it, that all proceedings in this case and all pretrial deadlines are stayed and tolled pending adjournment *sine die* of the 2019 Hawaii State Legislature.  If the 2019 Hawaii State Legislature has passed legislation relating to electric guns, then the period of this stay shall be further extended by that period of time provided by law for the governor to act on passed legislation.

This stay shall remain in effect until further order of this court, which order may be issued *sua sponte*, by stipulation, or after consideration of a motion by any party and any opposition thereto.

DATED:  Honolulu, Hawaii, December 14, 2018.


 /s/ Alan Alexander Beck_____
ALAN ALEXANDER BECK, ESQ.
STEPHEN D. STAMBOULIEH, ESQ.

Attorneys for Plaintiff
ANDREW NAMIKI ROBERTS

_____
*Roberts v. Ballard, et al.*; Civil No. 18-00125 HG-KSC;
Stipulation to Stay Proceedings and Order

/s/ John M. Cregor
JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendants
RUSSELL A. SUZUKI and AL CUMMINGS,
In Their Official Capacities

APPROVED AND SO ORDERED:



Kevin S.C. Chang
United States Magistrate Judge

_____
*Roberts v. Ballard, et al.*; Civil No. 18-00125 HG-KSC;
Stipulation to Stay Proceedings and Order