# MINUTE ORDER

CASE NUMBER:     CV 18-00125 HG-RT

CASE NAME:       Andrew Namiki Roberts v. Russell Suzuki, in his Official Capacity as the Attorney General of the State of Hawaii; Al Cummings, in his Official Capacity as the State Sheriff Division Administrator

ATTYS FOR PLA:   Alan A. Beck, Esquire
                 Stephen D. Stamboulieh, Esquire

ATTY FOR DEFTS:  John M. Cregor, Jr., Esquire

---

JUDGE:   Helen Gillmor

DATE:    September 12, 2019

---

On September 4, 2019, Defendants Russell A. Suzuki, in his official capacity as the Attorney General of the State of Hawaii and Al Cummings, in his official capacity as the State Sheriff Division Administrator filed:

> DEFENDANTS RUSSELL A. SUZUKI AND AL CUMMINGS' (1) CROSS-CLAIM FOR SUMMARY JUDGMENT, and (2) MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANTS' CROSS-CLAIM (ECF No. 54)

and

> DEFENDANTS RUSSELL A. SUZUKI AND AL CUMMINGS' (1) CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND (2) IN SUPPORT OF DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT.  (ECF No. 55).

In view of Defendants' Cross-Motion for Summary Judgment, the previous briefing and the hearing schedule are modified as follows:

    Plaintiff shall file (1) his Reply to Defendants' Opposition to his Motion for Summary Judgment and (2) his Memorandum in Opposition and his Concise Statement of Facts in Opposition to Defendants' Cross-Motion for Summary Judgment on or before Thursday, October 3, 2019.

    Defendants shall file their Reply to Plaintiff's Opposition to their Cross-Motion for Summary Judgment on or before Thursday, October 24, 2019.

    The hearing on Plaintiff's Motion for Summary Judgment (ECF No. 51) is **CONTINUED** to Monday, November 18, 2019, at 10:30 a.m., before the Honorable Helen Gillmor.  The hearing on Defendant's Cross-Motion for Summary Judgment (ECF No. 54) will be held at the same time.

Submitted by: Theresa Lam, Courtroom Manager