**大成 DENTONS**

Pamela W. Bunn
pam.bunn@dentons.com
D  +1 808-441-6118

Dentons US LLP
1001 Bishop Street
Suite 1800
Honolulu, HI 96813
United States

dentons.com

November 12, 2019

VIA HAND DELIVERY
Honorable Helen Gillmor
Senior United States District Judge
District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, HI 96850

RECEIVED
CLERK U.S. DISTRICT COURT
NOV 12 2019
DISTRICT OF HAWAII

Re:  *Andrew Namiki Roberts v. Russell Suzuki, in his official capacity as Attorney General of the State of Hawaii, et ano.*, No. 1:18-cv-00125-HG-RT

Dear Judge Gillmor:

I represent proposed amicus curiae Everytown for Gun Safety Support Fund ("Everytown") in the above-referenced action. Pursuant to Local Civil Rule 7.9, I write to request permission for co-counsel, William J. Taylor, to appear by telephone on behalf of Everytown at the upcoming November 26, 2019 motion hearing in this case, at which the Court will consider, among other motions, Everytown's motion for leave to file an amicus curiae brief. Mr. Taylor's office is in New York City and we would like to avoid the time and expense of the lengthy trip to Hawai`i. I will appear in person at the November 26 hearing, but am not as conversant in the subject matter as Mr. Taylor. Counsel for the parties do not oppose Mr. Taylor's request to appear by telephone.

Respectfully submitted,

/s/ Pamela W. Bunn

*Counsel for Everytown for Gun Safety Support Fund*

ccs: John M. Cregor, Jr. (via email to John.M.Cregor@hawaii.gov)
Alan A. Beck (via email to ngord2000@yahoo.com; Alan.alexander.beck@gmail.com)
Stephen D. Stamboulieh (via email to stephen@sdslaw.us)
William James Taylor, Jr. (via email to wtaylor@everytown.org)

Larraín Rencoret ▸ Hamilton Harrison & Mathews ▸ Mardemootoo Balgobin ▸ HPRP ▸ Zain & Co. ▸ Delany Law ▸ Dinner Martin ▸ Maclay Murray & Spens ▸ Gallo Barrios Pickmann ▸ Muñoz ▸ Cardenas & Cardenas ▸ Lopez Velarde ▸ Rodyk ▸ Boekel ▸ OPF Partners

09500000\002268\113648592\V-1