Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

Attorneys for Plaintiff
ANDREW NAMIKI ROBERTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW NAMIKI ROBERTS | ) Civil Action No. 1:18-cv-00125-HG-RT |
| | ) |
| Plaintiff, | ) MOTION TO LIFT STAY AND |
| | ) RE-URGE SUMMARY JUDGMENT; |
| v. | ) COVER PAGE MOTION FOR SUMM- |
| | ) ARY JUDGMENT; SUPREME COURT |
| RUSSELL SUZUKI, in his Official | ) OPINION; CERTIFICATE OF SERVICE |
| Capacity as the Attorney General | ) |
| of the State of Hawaii and AL | ) |
| CUMMINGS in his Official Capacity | ) |
| as the State Sheriff Division | ) |
| Administrator | ) JUDGE: Hon. Helen Gillmor |
| | ) |
| Defendants. | ) TRIAL: Vacated |
| _____ | ) HEARING: November 26, 2019 |

1

## PLAINTIFF'S MOTION TO LIFT STAY AND
## RE-URGE SUMMARY JUDGMENT

Pursuant to this Court's Orders on November 26, 2019 [ECF # 71] staying this matter pending a decision in *New York State Rifle & Pistol Association, Inc. v. City of New York*, No. 18-280, and on December 12, 2019 ordering that the parties "may re-file the cover sheet of the motions to have it considered by the Court" [ECF # 72], Plaintiff files his Motion to Lift the Stay and re-urges his Motion for Summary Judgment. *New York State Rifle & Pistol Association* was decided today and is attached to this motion for the Court's convenience.

Wherefore, premises considered, Plaintiff requests that the stay be lifted, and Plaintiff re-urges his Motion for Summary Judgment and files the cover sheet of his Motion for Summary Judgment hereto.

Dated: Madison, Mississippi, April 27, 2020.

        Respectfully submitted,

        */s/ Alan Beck*
        Alan Alexander Beck

        */s/ Stephen D. Stamboulieh*
        Stephen D. Stamboulieh
        Stamboulieh Law, PLLC
        *Admitted Pro Hac Vice