Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*

Attorneys for Plaintiff
ANDREW NAMIKI ROBERTS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW NAMIKI ROBERTS | ) Civil Action No. 1:18-cv-00125-HG-KSC |
| | ) |
| | ) PLAINTIFF'S NOTICE OF |
| Plaintiff, | ) SUPPLEMENTAL AUTHORITIES; |
| | ) CERTIFICATE OF SERVICE |
| v. | ) |
| | ) |
| RUSSELL SUZUKI, in his Official | ) |
| Capacity as the Attorney General | ) |
| of the State of Hawaii and AL | ) **JUDGE: Hon. Helen Gillmor** |
| CUMMINGS in his Official Capacity | ) **TRIAL: Vacated** |
| as the State Sheriff Division | ) |
| Administrator | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

1

## <u>PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITIES</u>

Comes now, Andrew Namiki Roberts ("Plaintiff"), by and through counsel of record, and files this, his Notice of Supplemental Authorities pursuant to LR7.6, and states as follows:

On August 14, 2020, the Ninth Circuit Court of Appeals decided *Duncan v. Becerra*, No. 19-55376, 2020 U.S. App. LEXIS 25836 (9th Cir. Aug. 14, 2020) applying strict scrutiny and declaring California's ban on large capacity magazines unconstitutional under the Second Amendment.  Plaintiff cites to *Duncan* for the following propositions:

1. "If a law regulating arms adversely affects a law-abiding citizen's right of defense of hearth and home, that law strikes at the core Second Amendment right."  Id. at 34.

2. "a law that bans possession of a commonly used arm for self-defense — with no meaningful exception for law-abiding citizens — likely imposes a substantial burden on the Second Amendment."  *Id*. at 49.

3. "If a far-reaching law restricting arms contains no meaningful exceptions for law-abiding citizens who use them for self-defense, it invites strict scrutiny".  *Id*. at 59.

Respectfully submitted, this the <u>19th</u> day of August 2020.

*/s/ Alan Beck*
Alan Alexander Beck

2

_/s/ Stephen D. Stamboulieh_
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
*Admitted Pro Hac Vice*