Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice

Attorneys for Plaintiff
ANDREW NAMIKI ROBERTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW NAMIKI ROBERTS | ) Civil Action No. 1:18-cv-00125-HG-RT |
| | ) |
| Plaintiff, | ) MOTION TO LIFT STAY AND |
| | ) RE-URGE SUMMARY JUDGMENT; and |
| v. | ) CERTIFICATE OF SERVICE |
| | ) |
| RUSSELL SUZUKI, in his Official | ) |
| Capacity as the Attorney General | ) |
| of the State of Hawaii and AL | ) |
| CUMMINGS in his Official Capacity | ) |
| as the State Sheriff Division | ) |
| Administrator | ) JUDGE: Hon. Helen Gillmor |
| | ) |
| Defendants. | ) TRIAL: Vacated |
| _____ | ) HEARING: November 26, 2019 |

1

## PLAINTIFF'S MOTION TO LIFT STAY AND RE-URGE SUMMARY JUDGMENT

This Court stayed this matter on June 17, 2020 [ECF # 79] pending the en banc decision of *Young v. State of Hawaii*, No. 12-17808, 915 F.3d 681 (9th Cir. 2019). That opinion has now been filed by the Ninth Circuit. Pursuant to this Court's Text Order ECF# 72, "counsel may re-file the cover sheet of the motions to have it considered by the Court." As such, Plaintiff files his Motion to Lift the Stay and re-urges his Motion for Summary Judgment.

Wherefore, premises considered, Plaintiff requests that the stay be lifted and the Court to rule on Plaintiff's Motion for Summary Judgment [ECF # 51].

Dated: March 24, 2021.

        Respectfully submitted,

        */s/ Alan Beck*
        Alan Alexander Beck

        */s/ Stephen D. Stamboulieh*
        Stephen D. Stamboulieh
        Stamboulieh Law, PLLC
        *Admitted Pro Hac Vice