HOLLY T. SHIKADA                4017
   Attorney General
KIMBERLY T. GUIDRY          7813
ROBERT T. NAKATSUJI       6743
CARON M. INAGAKI             3835
   Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1360
Email: kimberly.t.guidry@hawaii.gov
        robert.t.nakatsuji@hawaii.gov

Attorneys for Defendants HOLLY T. SHIKADA,
in her official capacity as Attorney General
of the State of Hawaii and WILLIAM OKU, JR., in his
official capacity as the State Sheriff Division Administrator

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW NAMIKI ROBERTS,<br><br>          Plaintiff,<br><br>    vs.<br><br>HOLLY T. SHIKADA, in her official capacity as the Attorney General of the State of Hawaii, and WILLIAM OKU, JR., in his official capacity as the State Sheriff Division Administrator,<br><br>          Defendants. | CIVIL NO. 1:18-cv-00125-HG-RT<br><br>**MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FRCP RULE 12(c) AND, IN THE ALTERNATIVE, MOTION TO DISMISS UNDER FRCP RULE 12(b)(1), AND FOR OTHER RELIEF; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF ROBERT T. NAKATSUJI; EX. "A"; CERTIFICATE OF SERVICE**<br><br>Honorable Helen Gillmor |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW NAMIKI ROBERTS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HOLLY T. SHIKADA, in her official capacity as the Attorney General of the State of Hawaii, and WILLIAM OKU, JR., in his official capacity as the State Sheriff Division Administrator,<br><br>　　　　　Defendants. | CIVIL NO. 1:18-cv-00125-HG-RT<br><br>**MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FRCP RULE 12(c) AND, IN THE ALTERNATIVE, MOTION TO DISMISS UNDER FRCP RULE 12(b)(1), AND FOR OTHER RELIEF**<br><br>Honorable Helen Gillmor |

**MOTION FOR JUDGMENT ON THE PLEADINGS UNDER FRCP RULE 12(c) AND, IN THE ALTERNATIVE, MOTION TO DISMISS UNDER FRCP RULE 12(b)(1), AND FOR OTHER RELIEF**

Defendant HOLLY T. SHIKADA,[1] in her official capacity as the Attorney General of the State of Hawaii and Defendant WILLIAM OKU, JR., in his official capacity as the State Sheriff Division Administrator (collectively, the "**State Defendants**") respectfully move for judgment on the pleadings pursuant to Fed. R. Civ. P. Rules 7(b) and 12(c), for dismissal of this action under Fed. R. Civ. P. Rules 7(b) and 12(b)(1), for a lifting or modification of the stay of this action

---

[1] HOLLY T. SHIKADA is automatically substituted for CLARE E. CONNORS and WILLIAM OKU, JR., is substituted for AL CUMMINGS in accordance with Rule 25(d) of the Federal Rules of Civil Procedure.

1

pursuant to this Court's inherent authority, and for a waiver of the seven-day waiting period under LR7.8 of the Local Rules of Practice for the United States District Court for the District of Hawaii.

On July 29, the Ninth Circuit held that Plaintiff's "declaratory relief claim is moot," and remanded this case to this Court. *Roberts v. Cummings*, No. 21-15562, 2022 WL 3010183, at *1 (9th Cir. July 29, 2022). For the reasons set forth in the accompanying memorandum, this Court should enter judgment in the State Defendants' favor under FRCP Rule 12(c) with respect to all remaining claims because all claims against the State Defendants fail as a matter of law and, additionally, are barred by the Eleventh Amendment and principles of state sovereign immunity. In the alternative, the Court should dismiss the remaining damages claims against the State Defendants pursuant to FRCP Rule 12(b)(1).

Additionally, as explained in the accompanying memorandum and declaration, certain other relief—specifically, a partial lifting or termination of the stay of this litigation to the extent necessary to permit the consideration of this motion and a waiver of the LR7.8 seven-day waiting period—is also warranted.

This motion is made following the conference of counsel pursuant to LR7.8 which took place on August 1, 2022. At the conference, Plaintiff, through counsel, has indicated an intent to oppose this motion.

The State Defendants respectfully make these requests at the present time given the possibility of potential uncertainty regarding the current status of the stay of this action following the Ninth Circuit's remand order, and in order to facilitate the orderly and expeditious resolution of this litigation and ensure the timely preservation of the defenses outlined herein.

DATED: Honolulu, Hawaii, August 1, 2022.

*s/ Robert T. Nakatsuji*
KIMBERLY T. GUIDRY
ROBERT T. NAKATSUJI
CARON M. INAGAKI
Deputy Attorneys General

Attorneys for Defendants HOLLY T. SHIKADA, in her official capacity as Attorney General of the State of Hawaii and WILLIAM OKU, JR., in his official capacity as the State Sheriff Division Administrator