Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*

Attorneys for Plaintiff
ANDREW NAMIKI ROBERTS


HOLLY T. SHIKADA            4017
    Attorney General
KIMBERLY T. GUIDRY          7813
ROBERT T. NAKATSUJI         6743
CARON M. INAGAKI            3835
    Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii  96813
Telephone:  (808) 586-1360
Email:  kimberly.t.guidry@hawaii.gov
        robert.t.nakatsuji@hawaii.gov

Attorneys for Defendants HOLLY T. SHIKADA,
in her official capacity as Attorney General
of the State of Hawaii and WILLIAM OKU, JR., in his
official capacity as the State Sheriff Division Administrator

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANDREW NAMIKI ROBERTS, | No. 1:18-cv-00125-HG-RT |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| vs. | Honorable Helen Gillmor<br>Trial Date: None Set |
| HOLLY T. SHIKADA, in her official capacity as the Attorney General of the State of Hawaii, and WILLIAM OKU, JR., in his official capacity as the State Sheriff Division Administrator, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and LR 41.1, the Plaintiff and Defendants stipulate to the dismissal of this action, with prejudice, with each side to bear their own costs and attorneys' fees, and advise that no claims will remain following dismissal. All remaining parties to this action have signed this Stipulation.

Dated: August 5, 2022.

Respectfully submitted,

*/s/ Alan Beck*
Alan Alexander Beck

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh

Stambouleh Law, PLLC
*Admitted Pro Hac Vice*
Counsel for Plaintiff


*/s/ Robert T. Nakatsuji*
Robert T. Nakatsuji          6743
Deputy Attorney General
Counsel for Defendants


**APPROVED AS TO FORM.**
Dated this 25th day of August, 2022.


_____
The Honorable U.S. District Court
Judge Helen Gillmor

---

*ANDREW NAMIKI ROBERTS v. HOLLY T. SHIKADA, in her official capacity as the Attorney General of the State of Hawaii, and WILLIAM OKU, JR., in his official capacity as the State Sheriff Division Administrator*; No. 1:18-cv-00125-HG-RT; "Stipulation for Dismissal"